UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY B. DELONEY,<br><br>            Plaintiff,<br><br>     v.<br><br>GREENWOOD, et al.,<br><br>            Defendants. | Case No. 17-cv-00656-JD<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 2 |

Plaintiff, a detainee, has filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents. More than twenty-eight days has passed and plaintiff has not paid the fee or filed a complete application to proceed IFP. Therefore, this case is **DISMISSED** without prejudice. Plaintiff's incomplete motion to proceed IFP (Docket No. 2) is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 28, 2017

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICKEY B. DELONEY,

    Plaintiff,

v.

GREENWOOD, et al.,

    Defendants.

Case No. 17-cv-00656-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 28, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rickey B. DeLoney ID: CC161U055
901 Court Street
Martinez, CA 94553

Dated: March 28, 2017

    Susan Y. Soong
    Clerk, United States District Court

By:_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO